

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

| | |
|---|---|
| Lauren Marie Hopfenspirger, Appellant | Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-20-27705). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating. |
| No. 06-23-00029-CR        v. | |
| The State of Texas, Appellee | |

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Lauren Marie Hopfenspirger, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED AUGUST 29, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk